447 A.2d 636

Kaskey v. City of Philadelphia et al., Appellant.
Reargument Denied July 21, 1982.

 Argued September 9, 1980. Judith N. Dean, Deputy City Solicitor, for appellant; Donald E. Matusow, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.